**MORRISON | FOERSTER**

2000 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20006-1888

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

July 28, 2017

Writer's Direct Contact
+1 (202) 887.8740
DMaynard@mofo.com

**By CM/ECF**

Peter R. Marksteiner, Clerk of the Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20005

Re:    *BASF Corporation v. Johnson Matthey Inc.*, No. 16-1770

Dear Mr. Marksteiner:

    I represent appellant BASF Corporation ("BASF") in this appeal.  I write to notify the Court that Rachel Krevans, who also entered an appearance on behalf of BASF, has recently passed away.  I, along with Marc Hearron and Seth Lloyd, will continue to represent BASF in this appeal.

    Thank you for your consideration.

Sincerely,

/s/ Deanne E. Maynard
Deanne E. Maynard

cc: Counsel of Record

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on July 28, 2017. I further certify that all counsel are registered CM/ECF users and that service will be accomplished via the CM/ECF system.

Dated: July 28, 2017　　　　　　　　　　　　/s/ Deanne E. Maynard

dc-893262